Full name:        **Carolyne Lohr**

Address:          **38965 Dexter Rd SPC 20**

                  **Dexter OR 97431**

Phone:            **541-292-2829**

E-mail:           **tinyhouseshed@gmail.com**

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**Carolyne Lohr**

_____

*(List the full name(s) of the plaintiff(s)/petitioner(s))*

v.

**Metco et al.**

_____

*(List the full name(s) of the defendant(s)/respondent(s))*

**Case No.:** **6:26**-CV-__00034__ - __AP__

**MOTION FOR APPOINTMENT OF PRO BONO COUNSEL**

I, _____**Carolyne Lohr**_____, ask the Court to request a pro bono attorney to represent me in this action.

I need an attorney in this case because (briefly explain why you need an attorney in this case):
    **Assistance with redrafting documents, representation**
_____
_____
_____

To support this motion, I declare under penalty of perjury that the following information is true and correct:

1.    When I filed this case (check the appropriate box):

     **x**    I filed an IFP application in this case and it is still an accurate representation of my current financial status.

         I paid the filing fee for this case and did not file an IFP application.

         I did not pay the filing fee for this case and I did not file an IFP application (explain below):

         _____
         _____

2.      I am requesting an attorney to represent me as a(n):
          x Individual      Company (LLC, LLP, etc.)

3.      I am currently incarcerated:     Yes   X No   **If yes**, where are you currently incarcerated:
_____

4.      I contacted a lawyer, law firm, or legal clinic to try to obtain legal representation.
          x Yes      No   **If yes**, list the lawyers, law firms, or clinics you contacted and their
          responses to your requests:
          **Legal Aid - too busy, not taking federal cases**
          **Johnson Johnson Lucas & Middleton- doesn't handle housing discrimination civil rights cases**
          **Shenoa Payne - left several messages and emails.  No replies after 90 days. ref by JJLM**
          **Judie Snyder - left message no callback referred by JJLM**
          **Oregon Bar- only one lawyer recommended for tenant landlord law for the entire**
          **State, charges $50 for consult, and then doesn't take case after call.**
          **Several Others- no reply or requiring large retainer**

5.      I am currently employed (self or other):     Yes  x  No
          **If yes**, complete the following:
          Employer name:      _____      Take home pay:  $_____
          Employer address: _____      Per:    Hour      Week      Month
                                     _____      Time on job: ____      Months      Years

6.      My significant-other is currently employed (self or other):     Yes      No   x N/A
          **If yes,** complete the following:
          Employer name:      _____      Take home pay:  $_____
          Employer address: _____      Per:    Hour      Week      Month
                                     _____      Time on job: ____      Months      Years

7.      I received money from the following sources in the last 12 months (check all that apply):
          Business (professions, self-employment) in the amount of:      $_____
          Rental properties, interest, or dividends in the amount of:      $_____
          Pensions, annuities, or life insurance in the amount of:      $_____
          Disability or workers compensation in the amount of:      $_____
          Unemployment benefits in the amount of:      $_____
          x Other (describe): ____**Social Security**____ in the amount of: $____**23,064**____
          None of the above.

8.      I own the following assets (check all that apply):
          Stocks (describe): _____in the amount of: $_____
          Real estate (describe): _____in the amount of: $_____
          Bonds (describe): _____in the amount of: $_____
          Securities (describe): _____in the amount of: $_____

Automobiles (describe): _____ valued at: $_____

Other (describe): _____in the amount of: $_____

_____in the amount of: $_____

_____in the amount of: $_____

x   None of the above.

9.   I have money in the following accounts (check all that apply):

x   Checking, total current balance of:                                    $_____453.63_____

x   Savings, total current balance of:                                      $_____50_____

Certificate of Deposit (CD), total current balance of:        $_____

Money Market, total current balance of:                         $_____

Credit union, total current balance of:                            $_____

Prison trust account, total current balance of:                 $_____

Other accounts (list all other accounts):

_____ in the amount of:   $_____

_____ in the amount of:   $_____

None of the above.

10.   I am financially responsible for the following monthly expenses (check all that apply):

x   Rent/mortgage payments in the amount of:                $_____1040_____

x   Utilities in the amount of:                                          $_____180_____

Child/spousal support in the amount of:                        $_____

Credit card/loan payments in the amount of:                  $_____

x   Insurance (home, medical, auto) in the amount of:      $_____180_____

x   Transportation/auto payments in the amount of:         $_____325_____

Other (list all other monthly expenses):

_____ in the amount of:  $_____

_____ in the amount of:  $_____

None of the above.

11.   I am financially responsible for the following dependents (if under age 18, use initials):

Name or initials:          _____ Amount of monthly support: $_____

Relationship to you:     _____ Age: _____

Name or initials:          _____ Amount of monthly support: $_____

Relationship to you:     _____ Age: _____

Name or initials:          _____ Amount of monthly support: $_____

Relationship to you:     _____ Age: _____

x   I am not financially responsible for any dependents.

**DECLARATION**

1. I declare under the penalty of perjury that my answers to the foregoing questions are true and correct.

2. I understand that if I am assigned an attorney and my attorney learns, either from me or elsewhere, that I can afford an attorney, my attorney may give that information to the Court.

3. I understand that even if the Court grants this application, I will receive pro bono counsel only if an attorney volunteers to take my case, and that there is no guarantee that an attorney will volunteer to represent me.

4. I understand that if my answers on this application or in my IFP application are false, my case may be dismissed.

Signature of Applicant: _____  Date: __May 5, 2026__

Printed Name of Applicant: ____**Carolyne Lohr**_____